UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:21-04765 CJC (ADS)  Date: June 25, 2021

Title: *Tony Appleby v. CDCR, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| :---: | :---: |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: FILING OF COMPLAINT**

On June 3, 2021, Plaintiff Tony Appleby, an inmate at California Health Care Facility, filed a Civil Rights Complaint under 42 U.S.C. § 1983. [Dkt. No. 1]. On that same day, Plaintiff filed an incomplete request to proceed without prepayment of filing fees ("IFP Request"). See [Dkt. No. 2]. Specifically, no authorized officer has certified the funds currently in Plaintiff's trust account or the account's monthly average for the past six months. See id.

If Plaintiff wishes to proceed with this lawsuit, he must either (1) pay the full $400.00 filing fees, (2) file a complete IFP Request along with the necessary accompanying documents, an authorization for disbursement of funds and a certified copy of his prison trust fund account statement, or (3) show cause why he is unable to do so **by no later than July 9, 2021.**

**Plaintiff is expressly warned that failure to file a timely response that fully complies with this Order may result in dismissal of this action without prejudice.**

# CIVIL MINUTES – GENERAL

Case No.: 2:21-04765 CJC (ADS)  Date: June 25, 2021

Title: *Tony Appleby v. CDCR, et al.*

    The Clerk is directed to mail Plaintiff a blank copy of the District's Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (CV-60P) form for Plaintiff to use to file the IFP Request.

**IT IS SO ORDERED.**

Initials of Clerk <u>kh</u>