UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY APPLEBY,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CDCR, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:21-04765 CJC (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff Tony Appleby's First Amended Civil Rights Complaint and the Report and Recommendation of United States Magistrate Judge.  No objections to the Report and Recommendation were filed, and the deadline for doing so has passed.  The Court thus accepts the finding and recommendations of the Magistrate Judge.

//

//

//

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 25);

2. This First Amended Civil Rights Complaint is dismissed without leave to amend and with prejudice, (Dkt. No. 21); and

3. Judgement is to be entered accordingly.

DATED: May 12, 2022

_____
THE HONORABLE CORMAC J. CARNEY
United States District Judge