JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY APPLEBY,<br><br>   Plaintiff,<br><br>   v.<br><br>CDCR, et al.,<br><br>   Defendants. | Case No. 2:21-04765 CJC (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, the Court dismisses the above-captioned case in its entirety with prejudice.

DATED: May 12, 2022

_____
THE HONORABLE CORMAC J. CARNEY
United States District Judge